UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. ELECTION ASSISTANCE
COMMISSION,

Defendant.

Civil Action No. 26-1271 (TNM)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 19, 2026, Defendant U.S. Election Assistance Commission ("EAC") and Plaintiff Democracy Forward Foundation, by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.     Background: This case involves two FOIA requests that Plaintiff submitted to the EAC on February 6, 2026, seeking approximately six months' worth of emails sent by several EAC commissioners to certain domains that "concern official business" and text messages sent and received by the same commissioners on the same subject (Request No. 26-0031), and approximately ten months' worth of electronic communications between the same commissioners and specified external entities (Request No. 26-0032). *See* Complaint ¶¶ 9-10, 16-17.  Plaintiff filed suit on April 15, 2026. *See id.*  Defendant answered on May 18, 2026. *See* ECF No. 11.

2.     Status of Plaintiff's FOIA requests, anticipated number of responsive documents, and anticipated date(s) for release: With respect to Request No. 26-0031, Defendant has located approximately 278 potentially responsive emails and anticipates making its first and final release on or before August 17, 2026.  Defendant is continuing to work with its IT department to obtain

1

an accurate count of text messages and anticipates being able to provide the number of responsive documents, monthly processing rate, and anticipated date of first release in the next status report. Defendant has not located any potentially responsive electronic communications with any of the external entities listed in Request No. 26-0032.

3.    *Open America* Stay: At present, Defendant does not anticipate seeking an *Open America* stay in this matter.

4.    *Vaughn* Index and Dispositive Motions: The parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time.

5.    Once Defendant completes its response to Plaintiff's FOIA requests, the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.

6.    Proposed Next Steps: Considering the above, the parties propose filing another joint status report on or before July 20, 2026.

Dated: June 18, 2026
        Washington, D.C.

*/s/ Amy C. Vickery*
Amy C. Vickery (pro hac vice)*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

*\*Not admitted to practice law in the
District of Columbia; practicing under
the supervision of Democracy Forward
lawyers who are members of the DC Bar.*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Benjamin H. Zieman*
        Benjamin H. Zieman
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C. 20530
        202-252-2540
        benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*

2