UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>Plaintiff,<br>v.<br>U.S. ELECTION ASSISTANCE COMMISSION,<br>Defendant. | Civil Action No. 26-1271 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 21, 2026, Defendant U.S. Election Assistance Commission ("EAC") and Plaintiff Democracy Forward Foundation, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. This case involves two FOIA requests that Plaintiff submitted to the EAC on February 6, 2026, seeking approximately six months' worth of emails sent by several EAC commissioners to certain domains that "concern official business" and text messages sent and received by the same commissioners on the same subject (Request No. 26-0031), and approximately ten months' worth of electronic communications between the same commissioners and specified external entities (Request No. 26-0032). *See* Complaint ¶¶ 9-10, 16-17. Plaintiff filed suit on April 15, 2026. *See id.* Defendant answered on May 18, 2026, and reported on June 22, 2026, that it had not located any potentially responsive electronic communications with any of the external entities listed in Request No. 26-0032. *See* ECF Nos. 11-12.

2. With respect to Request No. 26-0031, Defendant reports that it made its first and final production of all responsive emails on August 18, 2026, with redactions pursuant to

Exemption 6. Defendant also reports that there are approximately 466 responsive text message screenshots requiring review and processing, that this estimate may be adjusted as Defendant continues to process one commissioner's text messages, and that Defendant anticipates producing these text messages to Plaintiff by the next joint status report.

3. With respect to Request No. 26-0032, Defendant reports that made its first and final production of all responsive emails on August 19, 2026, with redactions pursuant to Exemption 6.

4. Considering the above and the Minute Order dated July 21, 2026, the parties will file another joint status report on or before October 23, 2026.

Dated: August 24, 2026
Washington, D.C.

/s/ Amy C. Vickery
Amy C. Vickery (pro hac vice)*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

**Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Benjamin H. Zieman
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*