UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ELECTION ASSISTANCE COMMISSION,<br><br>Defendant. | Civil Action No. 26-1271 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 21, 2026, Defendant U.S. Election Assistance Commission ("EAC") and Plaintiff Democracy Forward Foundation, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. This case involves two FOIA requests that Plaintiff submitted to the EAC on February 6, 2026, seeking approximately six months' worth of emails sent by several EAC commissioners to certain domains that "concern official business" and text messages sent and received by the same commissioners on the same subject (Request No. 26-0031), and approximately ten months' worth of electronic communications between the same commissioners and specified external entities (Request No. 26-0032). *See* Complaint ¶¶ 9-10, 16-17. Plaintiff filed suit on April 15, 2026. *See id.* Defendant answered on May 18, 2026. *See* ECF No. 11.

2. The parties report that Defendant has issued final responses to Plaintiff's FOIA requests. Plaintiff is reviewing the productions to determine whether it will challenge or raise concerns with the agency's withholdings or search and has requested information in the parties' conferral process to aid that review. The parties will meet and confer regarding potential resolution

of this action without further judicial intervention. If still necessary after conferral, the parties will propose a summary judgment briefing schedule in the next joint status report.

3. Considering the above and the Minute Order dated July 21, 2026, the parties will file another joint status report on or before December 22, 2026.

Dated: October 23, 2026
Washington, D.C.

*/s/ Amy C. Vickery*
Amy C. Vickery (pro hac vice)*
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
avickery@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

**Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*